# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERRY KAPRELIAN, | Case No. 2:13-cv-2108-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN (Docket No. 8) |
| J.C. PENNY CORPORATION, INC., | |
| Defendant(s). | |

Pending before the Court is a proposed discovery plan. Docket No. 8. The proposed discovery plan is deficient in numerous ways. First, proposed discovery plans must state the date the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The proposed discovery plan fails to do so. Second, proposed discovery plans must state the number of days required for discovery measured from the date the first defendant answers or otherwise appears. Local Rule 26-1(e)(1). The proposed discovery plan fails to do so. Third, the proposed discovery plan seeks a discovery period beyond 180 days. When parties seek a discovery period beyond the presumptively reasonable 180-day period, the discovery plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED." Local Rule 26-1(d). The proposed discovery plan fails to do so. Fourth, when parties seek a discovery period beyond the presumptively reasonable 180-day period, they must provide the reasons why a longer discovery period is required in their case. Local Rule 26-1(d). The proposed discovery plan fails to do so. Fifth, the proposed discovery plan misstates the deadline for filing requests to extend the deadlines established by the scheduling order. *See* Local Rule 26-4.

1       For all of these reasons, the proposed discovery plan is hereby DENIED.  The parties shall
2 submit a revised discovery plan no later than December 20, 2013 that complies with the Local Rules.
3       IT IS SO ORDERED.
4       DATED: December 17, 2013

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge