THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER
Brian K. Terry, Esq.
Nevada Bar No. 3171
Michael P. Lowry, Esq.
Nevada Bar No. 10666
1100 East Bridger Avenue
P.O. Drawer 2070
Las Vegas, NV 89125-2070
Tel.: (702) 366-0622
Fax: (702) 366-0327
E-Mail: bterry@thorndal.com
E-Mail: mlowry@thorndal.com
Attorneys for Defendant,
JC Penney Corporation, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY KAPRELIAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JC PENNEY CORPORATION, INC.; DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | Case No.: 2:13-cv-02108-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY stipulated by the parties hereto, by and between Jack G. Bernstein, Esq. and Jamie H. Corcoran, Esq., of Bernstein & Poisson, attorneys for plaintiff, Perry Kaprelian, and Brian K. Terry, Esq. and Michael P. Lowry, Esq., of Thorndal Armstrong Delk Balkenbush & Eisinger, attorneys for defendant, JC Penney Corporation, Inc., that the above-entitled matter be dismissed with prejudice as to defendant, JC Penney Corporation, Inc., and each of the above parties to bear their own fees and costs incurred herein. No trial date having been scheduled to-date. Discovery deadlines issued per proposed joint discovery plan and scheduling order dated December 19, 2013 in this matter.

-1-

Dated this 18 day of March, 2014.

BERNSTEIN & POISSON

_____
Jack G. Bernstein, Esq.  NBN 009971
Jamie H. Corcoran, Esq.  NBN 11790
320 South Jones
Las Vegas, Nevada 89107
Tel: (702) 256-4566
Fax: (702) 256-6280
Attorneys for Plaintiff, Perry Kaprelian

Dated this 24th day of March, 2014.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.  NBN 003171
Michael P. Lowry, Esq.  NBN 10666
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, Nevada 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
Attorneys for Defendant, JC Penney Corporation, Inc.

## ORDER

UPON STIPULATION of the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above entitled matter is dismissed with prejudice as to all parties, and each of the parties to pay their own fees and costs.

Dated: March 24, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

_____
Brian K. Terry, Esq.  NBN 003171
Michael P. Lowry, Esq.  NBN 10666
1100 East Bridger Avenue
P. O. Drawer 2070
Las Vegas, NV 89125-2070
Tel: (702) 366-0622
Fax: (702) 366-0327
Attorneys for Defendant, J. C. Penney Corporation, Inc.

-2-